# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROY LEE ANDERSON, JR.,**

      **Plaintiff,**

vs.                                              Case No.: 2:19-cv-3631
                                               JUDGE GEORGE C. SMITH
                                               Magistrate Judge Jolson

**JUDGE TED BARROWS,** *et al.***,**

      **Defendants.**

## ORDER

On September 17, 2019, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that the Plaintiff's Motion for Leave to Proceed in forma Pauperis be granted and that Plaintiff's Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). (*See Report and Recommendation and Order*, Doc. 6). The parties were advised of their right to object to the *Report and Recommendation and Order*. This matter is now before the Court on Plaintiff's Objections. (*See* Doc. 7). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

In Plaintiff's objections, he continues to explain his arguments in support of his claims against Defendants, however, he has failed to address why he believes that the Magistrate Judge's ruling should be overruled. The Magistrate Judge concluded that Plaintiff's claims regarding access to privileges and a grievance system fail to state a cognizable liberty interest and additionally that Plaintiff names several Defendants who are absolutely immune from liability. Therefore, the Magistrate Judge correctly concluded that Plaintiff's Complaint fails to state a claim upon which relief can be granted. Nothing in Plaintiff's Objections cures the

deficiencies of his Complaint. Therefore, for the reasons stated in detail in the *Report and Recommendation and Order*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation and Order,* Document 6, is **ADOPTED** and **AFFIRMED.** Plaintiff's Motion for Leave to Proceed in forma Pauperis is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED** without prejudice.

The Clerk shall remove Documents 6 and 7 from the Court's pending motions list and close this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**